**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 318 MAL 2019

            Respondent            :

                                  :   Petition for Allowance of Appeal
                                  :   from the Order of the Superior Court

            v.                      :

                                    :

DARREN LEE MILLER, II,            :

                                    :

            Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.